NO. 07-08-0146-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 27, 2008

______________________________

IN THE MATTER OF THE MARRIAGE OF

LINDA M. MCGUYER AND MICHAEL S. GARCIA

_________________________________

FROM THE COUNTY COURT AT LAW NO. 2 OF RANDALL COUNTY;

NO. 58,099-L2; HONORABLE RONNIE WALKER, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

Appellant, Linda McGuyer, perfected an appeal from the trial court’s judgment finding that the parties were not married.  McGuyer has now filed a motion to dismiss her appeal and has conformed to the requirements of Rule 10.1 of the Texas Rules of Appellate Procedure.  This disposition is authorized by Rule 42.1(a)(1) and 43.2(f) of the Texas Rules of Appellate Procedure.  Finding the motion complies with the requirements of Rules 10.1 and 42.1(a), we dismiss the appeal.  Further, the court will tax costs against  McGuyer.  
Tex. R. App. P.
 42.1(d).

Having disposed of this appeal at McGuyer’s request, we will not entertain a motion for rehearing and our mandate shall issue forthwith.

Per Curiam